699 A.2d 721

**Robert J. KEE, Ruth E. Kee, Ruth Mixell, Keith S. Koegel, Cynthia A. Koegel, Morgan B. Price and Darcie E. Frye, Appellees,**

**and**

**Township of West Pennsboro, Intervenor,**

**v.**

**PENNSYLVANIA TURNPIKE COMMISSION, Appellant.**

Supreme Court of Pennsylvania.

Aug. 19, 1997.

### ORDER

PER CURIAM.

AND NOW, this 19th day of August, 1997, the orders of the Commonwealth Court granting the preliminary injunction and holding the appellant in contempt are affirmed.